**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 91 WAL 2022
                                          :
              Respondent                :
                                          :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court
              v.                         :
                                          :
                                          :
LAYA ALANA WHITLEY,                  :
                                          :
              Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.